IRVING WAXBERG v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Impleaded, etc. DORA FEINBERG v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the records on appeal and appellants' points to be filed on or before August 15, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FERDINAND SILBERMAN v. ELKAN SILBERMAN and Others.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD BOGAN and Others.— Motion granted and appellants' time within which to file appellants' points on appeal extended to and including September 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GUY C. MARINER, INC., v. ELIZABETH C. HUGHES.— Motion granted as indicated in order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STEPHEN H. BUTTS v. SADYE ABRAHAMS.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARDO TOMBURELLO.— Motion granted and appellant's time within which to serve and file the record on appeal and appellant's points extended to and including September 12, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY HELENA TOMPKINS, Individually, and Others, v. THE CITY OF NEW YORK and Others.— Motion granted upon condition that a copy of order be served upon each defendant with a notice that upon demand service of all other papers will be made upon them except original exhibits which may be inspected and copied at the office of the attorney for plaintiffs, appellants. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANNA WEISS v. SAMUEL F. BAIRD and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 15th day of August, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MONETA REALTY CORPORATION v. HERMAN BULLO and MARY A. BULLO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 6th day of July, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.